# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles D Cole, | No. CV-25-04086-PHX-SMB |
| Petitioner, | **ORDER** |
| v. | |
| Michael Cimino, et al., | |
| Respondents. | |

United States Magistrate Judge Deborah Fine has issued a report and recommendation ("R&R") (Doc. 41) recommending that Petitioner's Amended Petition (Doc. 12) be dismissed with prejudice. Petitioner filed Objections (Doc. 43) and Respondents filed a Reply (Doc. 53). Petitioner also filed several unauthorized supplements and a reply to the reply (Docs. 44, 45, and 54). While unauthorized, the Court has read and considered the additional pleadings. The Court has now reviewed the R&R and Petitioner's objections de novo. See Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made).

Petitioner makes nine objections to the Magistrate Judge's findings. After a de novo review of the R&R, the Court fully agrees with the Magistrate Judge's analysis and conclusions and rejects Petitioner's objections as meritless. *See United States v. Ramos*, 65 F.4th 427, 434 (9th Cir. 2023) (noting that in a de novo review a "district court had no obligation to provide individualized analysis of each objection"). Accordingly, the Court

accepts the recommended decision within the meaning of Federal Rule of Civil Procedure 72(b) and overrules Petitioner's objections.  See 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. 22) is **adopted** and the Amended Petition is dismissed with prejudice.

**IT IS FURTHER ORDERED** that Petitioner's objections (Doc. 43) are **overruled**.

**IT IS FURTHER ORDERED** that a certificate of appealability and leave to proceed in forma pauperis on appeal be denied because dismissal of the Amended Petition is justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable. See Slack v. McDaniel, 529 U.S. 473, 484 (2000).

**IT IS FURTHER ORDERED** directing the Clerk of Court to enter judgment and terminate this case.

Dated this 13th day of May, 2026.

Honorable Susan M. Brnovich
United States District Judge

- 2 -